**Tammy Christine HANSON,
Plaintiff–Appellant**

v.

**BAXTER COUNTY ARKANSAS; Sheriff John Montgomery, Individually and as Sheriff of Baxter County, Arkansas, Defendants–Appellees**

**Chief Deputy Jeff Lewis, Individually and as Chief Deputy of Baxter County, Arkansas, Defendant**

Northern District of Iowa.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the

Lieutenant Randall Weaver, Individually and as Lieutenant and Jail Administrator of Baxter County Detention Center, Defendant–Appellee

Sargent Edward Elliott, Individually and as Sargent of Baxter County Detention Center; Corporal Linda Henryk, Individually and as Corporal of Baxter County Detention Center, Defendants

Joseph Tullis, M.D., Individually and as medical provider of Baxter County Detention Center and as Deputy Sheriff of Baxter County; Deputy Wilton "Chip" Norris, Individually and as medical provider of Baxter County Detention Center and as Deputy Sheriff of Baxter County; Helen Fenwick, Individually and as Baxter County Detention Center Jailer; Jailer Tony Beck, also known as Tony Burch; William Altrazan, Individually and as Baxter County Detention Center Jailer, Defendants–Appellees

Heather Easter, Individually and as Baxter County Detention Center Jailer, Defendant

Garnett McMahon, Individually and as Baxter County Detention Center Jailer, Defendant–Appellee

Sherry Lewis, Individually and as Baxter County Detention Center Jailer; Patrick Gault, Individually and as Baxter County Detention Center Jailer; James Tudor, Individually and as Baxter County Detention Center Jailer; Sonya Olnay, Individually and as Baxter County Detention Center Jailer, Defendants

John Doe, Individually and as Baxter County Detention Center; Deputy Sheriff(s) of Baxter County, Arkansas, Defendants–Appellees.

No. 14–2395.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2015.

Filed: May 12, 2015.

Tammy Christine Hanson, Gamaliel, AR, pro se.

Jason E. Owens, Geoffrey Thompson, Rainwater & Holt, Jason J. Campbell, Tony Anthony Dicarlo, III, Anderson & Murphy, Little Rock, AR, Defendant–Appellee.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Tammy Christine Hanson appeals following the district court's [1] adverse entry of judgment on a jury verdict in her 42 U.S.C. § 1983 suit, which arose from her incarceration in the Baxter County Detention Center. As to the matters she has properly raised, *see Hess v. Ables,* 714 F.3d 1048, 1051 n. 2 (8th Cir.2013) (by not briefing this court on why dismissal of claim was improper, appellant abandoned claim), we find no valid basis, and she has offered none, for overturning the order narrowing the issues to be presented at the jury trial, *see Johnson v. Bi–State Justice Ctr.,* 12 F.3d 133, 135–36 (8th Cir.

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

1993) (evidentiary-hearing standard); or for overturning the jury verdicts on certain claims, *see S. Pine Helicopters, Inc. v. Phoenix Aviation Managers, Inc.,* 320 F.3d 838, 840 (8th Cir.2003) (review of sufficiency of evidence to support jury verdict ordinarily is quite limited, and it is even more limited where appellant did not preserve issue below by moving for directed verdict before or after jury returned its verdict). The judgment is affirmed. *See* 8th Cir. R. 47B.